JAY S. BUSH v. HENRY PEAKE, *et al.*

SPECIAL VERDICT; *Laws of* 1870.   Under the laws of 1870 it was the duty of the court upon the demand of either party to instruct the jury to return a special verdict.

*Error from Marion District Court.*

PEAKE & MARSH recovered a judgment against *Bush* at the September Term 1873 of the district court.   *Bush* appeals, and the only question is as to the right of a party to have a

McVey v. Burns.

special verdict, under § 286 of the civil code, as amended by
§ 7 of ch. 87 of the laws of 1870, upon his demand therefor.

*R. M. Ruggles*, for plaintiff in error.

*R. J. Christie*, for defendants in error.

The opinion of the court was delivered by

BREWER, J.: Plaintiff in error on the trial in the district
court demanded a special verdict, which was refused. This
was error. Under the laws of 1870, upon the demand of
either party, it was the duty of the court to instruct the jury
to return a special verdict. *L.' L. & G. Rld. Co. v. Rice*, 10
Kas., 426. For this error the judgment must be reversed,
and the case remanded for a new trial.

All the Justices concurring.